UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
DIVISION

Diana ALEBORD,
  Plaintiff

v.  Case No. 8:16cv409T33TBM
    (To be assigned by Clerk of District Court)

OSHA-,
  Defendant(s)

## COMPLAINT

I. State the grounds or reasons for filing this case is Federal Court (i.e., breach of contract, violation of constitutional right, challenge to law/statute) (include federal statutes and/or U.S. Constitutional provisions, if you know them):

FOIA-VIOLATION ① OSHA- Failure to timely Respond -FOIA-Request
② OSHA- Failure to Release Records under FOIA

II. Plaintiff, Diana ALEBORD is a citizen of _____ and is domiciled at 2763 Woodgate lane unit308, Sarasota in the county of Florida 34231

III. Defendant(s),

OSHA- lives at, or its business is located at 5807bRECKENRIDE PARK DR., TAMPA, FL 33610

IV. Venue

Where did the events giving rise to this claim take place? Sarasota,fl.

V. Statement of Facts (State as briefly and clearly as possible the facts of your case. Describe how each defendant is involved and what each defendant personally did or failed to do, which resulted in harm to you. Include the names of other people involved along with dates and places. Take time to organize your statement. Each fact should be a separate sentence, and each sentence should be consecutively numbered. Please make each sentence a separate numbered paragraph.)

OSHA Failer to Release Record Under FOIA
OSHA- Failure to timely Respond Under FOIA -

VI. Statement of claim (In separately numbered sentences or counts, please state each claim you are making. For example, breach of contract, violation of the Constitutional rights, or violation of statute. For each claim, list each defendant that the claim is against. Describe

FOIA- Violations -

TPA35081       $400

specifically the wrongful conduct, action, or failure to act. Be as specific as possible. Take time to organize your statement. It is not necessary to make legal arguments, or to cite cases or statutes. You may use additional paper if necessary):

Failure to Release Record under FOIA - Failure to timely Respond

VII. Relief: State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

Order OSHA - to give the documents Requested -2015 > 2016 )
Order - OSHA - to pay All - my out of pocket Expenses and Courts Fees.

VIII. Money damages:

Do you claim either actual or punitive monetary damages for the acts alleged in this complaint? yes

IX. Jury Trial Demand

Are you seeking a jury trial in this case? false

X. Additional Information:

_____   2/22/2016
Signature of Plaintiff          Date
2763 Woodgate lane unit308  Sarasota, Fl. 34231
9419215840
dladyda1@gmail.com